NOV 20 2007

CHAMBERS OF
THEODORE H. KATZ
U.S. MAGISTRATE JUDGE

**MO ENDORSED**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
Federal Habeas Corpus Section

Writer's Direct Telephone No.
(212) 416-8871

November 20, 2007



USDC SDNY
DOCUMENT
ELECTRONICAL: FILED
DOC #: _____
DATE FILED: 11/20/07

Hon. Theodore H. Katz
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Craig Smith v. John Burge
07-CV-5679 (RJH)(THK)

Your Honor:

I am an Assistant Attorney General in the office of Andrew Cuomo, Attorney General of the State of New York, and I will be representing respondent in the above-referenced habeas corpus matter. I am writing to request an extension of time in which to respond to Mr. Smith's habeas petition.

On, October 11, 2007, Your Honor issued an order requiring respondent to file a response to the petition by November 26, 2007. Upon receiving the order, my office requested the state court record (including the briefs on direct appeal, any documents pertaining to any collateral motions, and the transcript ) from the the New York County District Attorney's office. Last week I received several of these requested documents, however, I need more time to sort through these documents and formulate my response. This is my first request for an extension in this matter.

As a result, I am requesting a sixty-day extension from the original due date, until January 25, 2008 to file my response.

*The response to the petition will be filed on or before January 25, 2008. Any reply will be filed by Feb. 22, 2008.*

*So ordered.*

*11/20/07    Theodore H. Katz*

Respectfully submitted,

Leilani Rodriguez
Leilani Rodriguez
Assistant Attorney General
Federal Habeas Corpus Section

120 Broadway, New York, NY 10271 ● Fax (212)

COPIES MAILED
TO COUNSEL OF RECORD ON 11/20/07

CC:    Craig Smith
        99-A-1899
        Attica Correctional Facility
        Box 149
        Attica, New York 14011