```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRAIG SMITH

                Petitioner,

    -against-

JOHN W. BURGE, Superintendent,

                Respondent.

---

07 Civ. 5679 (RJH) (THK)

**ORDER**

On March 25, 2008, Magistrate Judge Theodore Katz issued a Report and Recommendation ("Report") recommending that this action be transferred to the United States Court of Appeals for the Second Circuit pursuant to 28 U.S.C. § 1631. No objections have been filed to the Report. In the absence of objections, the Court reviews the Report for clear error. *See Edwards v. Fischer*, 414 F. Supp. 2d 342, 346–47 (S.D.N.Y. 2006). Finding none, the Court adopts the Report and transfers this action to the Second Circuit.

SO ORDERED.

Dated: New York, New York
April 21, 2008

                                            Richard J. Holwell
                                            United States District Judge