**MANDATE**

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
CLERK OF COURT

Date: 8/19/08

Docket Number: 08-2114-op

Short Title: Smith v. Burge

DC Docket Number: 07-cv-5679

DC: SDNY (NEW YORK CITY)

DC Judge: Honorable Richard Holwell

At a stated term of the United States Court of Appeals for the Second Circuit, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 19th day of August, two thousand eight.

Craig Smith,

Petitioner,

v.

John W. Burge, Auburn Correctional Facility,

Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

FILED
AUG 19 2008
Catherine O'Hagan Wolfe, Clerk
UNITED STATES COURT OF APPEALS SECOND CIRCUIT

AUG 21 2008

**NOTICE HAVING BEEN GIVEN** that the petitioner was required to file an application requesting that this court authorize a second or successive habeas corpus petition in the United States District Court, and **PETITIONER HAVING FAILED** to file said application within the **FORTY FIVE DAYS** prescribed, **authorization for the underlying petition is DENIED** pursuant to <u>Liriano v. USA</u>, 95 F.3d 119 (2nd Cir. (NY)). Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

**CERTIFICATE OF MAILING**

The undersigned Deputy Clerk hereby certifies that this order was mailed this date to all parties to this action.

For the Court:
Catherine O'Hagan Wolfe, Clerk
By: _____
Gislaine Phillip, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

Certified:  AUG 19 2008